**IN THE UNITED STATES COURT OF APPEALS**
**FOR THE EIGHTH CIRCUIT**
**Appeal No. 26-1405**

| | | |
|---|---|---|
| Don Gibson, et al., | ) | |
| | ) | |
| Plaintiffs-Appellees, | ) | **MOTION FOR STAY** |
| | ) | **OF APPEAL** |
| v. | ) | |
| | ) | |
| James Mullis, | ) | |
| | ) | |
| Objector-Appellant | ) | |

**<u>MOTION TO STAY PROCEEDINGS</u>**

Objector-Appellant, James Mullis and Hanna Holdings, Inc., by and through their undersigned counsel, move the Court pursuant to Rule 27 of the Federal Rules of Appellate Procedure for an order staying this appeal and holding the briefing schedule in abeyance pending this Court's ruling in *Burnett et al. v. James Mullis*, No. 24-2143 (8th Cir.), *Burnett et al. v. James Mullis*, No. 24-3619 (8th Cir.), and Mr. Mullis's earlier appeal in *Gibson et al. v. James Mullis*, No. 24-3473 (8th Cir.), whichever is finally decided first. Mullis has conferred with counsel for Plaintiffs-Appellees regarding the substance of this motion, and they have stated that they do not oppose the relief requested herein. Counsel for James Mullis and Hanna Holdings state as follows:

1. On February 5, 2026, the court in *Gibson et al. v. National Association of Realtors et al.*, No. 4:23-cv-00788-SRB (W.D. Mo.), granted final

approval of a nationwide class settlement between the plaintiff settlement class and Hanna Holdings, Inc. *See Gibson*, ECF No. 866 ("*Gibson* Final Approval Order").

2. The *Gibson* Final Approval Order overruled Mullis's objection to the Gibson settlement. *Gibson*, ECF No. 866 at ¶¶ 72-90. The *Gibson* Final Approval Order states that non-excluded "Settlement Class Members are hereby enjoined from filing, commencing, prosecuting, intervening in, or pursuing as a plaintiff or class member any Released Claims against any of the Released Parties." *Gibson*, ECF No. 866 at ¶ 93. "Released Claims include any…claims…that arise from or relate to conduct that was alleged or could have been alleged in the Actions based on any or all of the same factual predicates for the claims alleged in the Actions…. For the avoidance of doubt, this injunction extends to claims arising from or relating to transactions where Settlement Class members either sold or purchased a home on any MLS nationwide[.]" *Id*. ¶ 93.

3. Mr. Mullis, who sold a home during the *Gibson* settlement class period, is a non-excluded Settlement Class Member in *Gibson*, as well as a named plaintiff in the case *Davis et al. v. Hanna Holdings, Inc.*, No. 2:24-cv-02374 (E.D. Pa.). The *Gibson* Final Approval Order releases and enjoins Mr. Mullis from pursuing his claims in *Davis.*

4. On March 9, 2026, Mr. Mullis appealed the *Gibson* Final Approval Order.

5. Also currently pending are Mr. Mullis's similar appeals to this Court of the same district court's approval of nationwide class settlements in *Burnett et al. v. National Association of Realtors et al.*, No. 4:19-cv-00332-SRB (W.D. Mo.). *See Burnett*, No. 24-2143; *Burnett,* No. 24-3619 (together, the "*Burnett* Appeals"), and Mr. Mullis's earlier appeal to this Court in *Gibson*, No. 24-3473.

6. The *Burnett* Appeals and Mr. Mullis's earlier appeal in *Gibson*, No. 24-3473, are fully briefed and were argued on January 14, 2026.

7. The issues designated by Mr. Mullis in the *Burnett* Appeals and the earlier *Gibson* appeal are substantially the same as those designated by Mr. Mullis in this appeal.

8. To preserve judicial and party resources, Mr. Mullis and Hanna Holdings asked the *Davis* court to enter an order staying Mr. Mullis's claims against Hanna Holdings. *See Davis*, ECF No. 110. Mr. Mullis and Hanna Holdings agreed that if the Eighth Circuit and/or the Supreme Court affirms the overruling of Mr. Mullis's objections in the *Burnett* Appeals or the earlier *Gibson* appeal, Mr. Mullis will (1) withdraw his appeal of the *Gibson* Final Approval order to this Court and (2) dismiss his claims against Hanna Holdings in *Davis* within one week of the conclusion of any Supreme Court proceedings. The *Davis* court entered the parties' requested partial stay on February 26, 2026. *See Davis*, ECF No. 120.

9. Accordingly, to preserve the judicial and party resources of this Court, Mr. Mullis and Hanna Holdings respectfully request that the Court stay proceedings as to Mr. Mullis and Hanna Holdings pending the outcome of the *Burnett* Appeals or the earlier *Gibson* appeal (whichever is finally decided first). Mullis has conferred with counsel for Plaintiffs-Appellees regarding the substance of this motion, and they have stated that they do not oppose the relief requested herein.

10. Upon the Eighth Circuit's ruling on the *Burnett* Appeals or the earlier *Gibson* appeal (whichever is decided first), Mr. Mullis's counsel will promptly notify the Court.

WHEREFORE, Mr. Mullis and Hanna Holdings respectfully move this Court for a stay as to Objector-Appellant James Mullis and Defendant-Appellee Hanna Holdings in this case.

Dated: April 9, 2026

Respectfully Submitted,

/s/ *Randall P. Ewing, Jr.*
Randall P. Ewing, Jr.
George A. Zelcs
Ryan Z. Cortazar
**KOREIN TILLERY, LLC**
205 N. Michigan Avenue, Suite 1950
Chicago, IL 60601
(312) 641-9750
rewing@koreintillery.com
gzelcs@koreintillery.com

/s/ *David Z. Gringer*
David Z. Gringer
Emily Barnet
**WILMER CUTLER PICKERING HALE AND DORR LLP**
7 World Trade Center 250
Greenwich Street New York, NY
10007
(212) 230-8800
david.gringer@wilmerhale.com

rcortazar@koreintillery.com

Steven M. Berezney
**KOREIN TILLERY, LLC**
505 N. 7th Street, Suite 3600
St. Louis, MO 63101
(314) 241-4844
sberezney@koreintillery.com

Vincent Briganti
Margaret MacLean
Noelle Forde
**LOWEY DANNENBERG, P.C.**
44 South Broadway, Suite 1100
White Plains, NY 10601
(914) 997-0500
vbriganti@lowey.com
mmaclean@lowey.com
nforde@lowey.com

*Attorneys for Objector-Appellant James Mullis*

emily.barnet@wilmerhale.com

Seth P. Waxman
Claire M. Bergeron
**WILMER CUTLER PICKERING HALE AND DORR LLP**
2100 Pennsylvania Avenue NW
Washington, DC 20037
(202) 663-6000
seth.waxman@wilmerhale.com
claire.bergeron@wilmerhale.com

John R. Brumberg
William Pietragallo II
**PIETRAGALLO GORDON ALFANO BOSICK & RASPANTI, LLP**
One Oxford Center, 38th Floor
Pittsburgh, PA 15219
(412) 263-1836
JRB@Pietragallo.com
WP@Pietragallo.com

*Attorneys for Defendant-Appellee Hanna Holdings, Inc.*

## CERTIFICATE OF COMPLIANCE

I hereby certify that this motion complies with the type-volume limitations of Federal Rule of Appellate Procedure 27(d). This brief was produced using a computer and contains 731 words. This brief complies with the typeface requirements of Federal Rule of Appellate Procedure 32(a)(5) and the type style requirements of Federal Rule of Appellate Procedure 32(a)(6). This brief has been prepared in a proportionally spaced typeface using Microsoft Word 2016 in fourteen (14) point Times New Roman font.

*/s/ Randall P. Ewing, Jr.*
Attorney for Appellant James Mullis

**CERTIFICATE OF SERVICE**

I hereby certify that on April 9, 2026, the foregoing was filed electronically with the Clerk of Court to be served by the Court's electronic filing system to all Counsel of Record:

/s/ *Randall P. Ewing, Jr.*
Randall P. Ewing, Jr.