**UNITED STATES COURT OF APPEALS**
**FOR THE EIGHTH CIRCUIT**

No. 26-1399

Don Gibson, individually and on behalf of all others similarly situated, et al.

Appellees

v.

National Association of Realtors, et al.

Hanna Holdings, Inc.

Appellee

Douglas Elliman Realty, LLC, et al.

EXIT Realty Corp. International, et al.

Appellees

John L. Scott Real Estate Affiliates, Inc., et al.

v.

Spring Way Center, LLC, et al.

Appellants

No. 26-1405

Don Gibson, individually and on behalf of all others similarly situated, et al.

Appellees

v.

National Association of Realtors, et al.

Hanna Holdings, Inc.

Appellee

Douglas Elliman Realty, LLC, et al.

v.

James Mullis

Appellant

---

Appeals from U.S. District Court for the Western District of Missouri - Kansas City
(4:23-cv-00788-SRB)

---

**ORDER**

Appellants' motions for stay are granted. These appeals will be held in abeyance pending this court's disposition of *Burnett, et al. v. Mullis*, Appeal Nos. 24-2143 and 24-3619, *Gibson, et al. v. Mullis*, Appeal No. 24-3473, *Burnett, et al. v. Spring Way Center, LLC, et al.*, Appeal No. 24-2168, or *Burnett, et al. v. Spring Way Center, LLC, et al.*, Appeal No. 24-3444, whichever is decided first.

April 28, 2026

Order Entered at the Direction of the Court:
Clerk, U.S. Court of Appeals, Eighth Circuit.

/s/ Susan E. Bindler