**Appeal No. 26-1405**

**IN THE UNITED STATES COURT OF APPEALS**
**FOR THE EIGHTH CIRCUIT**

DON GIBSON, et al.,
*Plaintiffs-Appellees,*

v.

JAMES MULLIS,
*Objector-Appellant,*

v.

THE NATIONAL ASSOCIATION OF REALTORS, ET AL.,
*Defendants-Appellees.*

---

ON APPEAL FROM THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MISSOURI
Case No. 23-cv-00788 (SRB), Hon. Stephen R. Bough

---

# STIPULATION OF VOLUNTARY DISMISSAL OF APPEAL NO. 26-1405 ONLY

---

Objector-Appellant James Mullis, Defendant-Appellee Hanna Holdings, Inc., and Plaintiffs-Appellees hereby stipulate under Federal Rule of Appellate Procedure 42(b)(1) to the dismissal of Appeal No. 26-1405. No consideration was paid for the dismissal of this appeal. Each party shall bear its own costs for this appeal.

Respectfully submitted and so stipulated by:

Dated: November 4, 2026

/s/ *Randall P. Ewing, Jr.*
Randall P. Ewing, Jr.
George A. Zelcs
Ryan Z. Cortazar
**KOREIN TILLERY, LLC**
205 N. Michigan Avenue, Suite 1950
Chicago, IL 60601
(312) 641-9750
rewing@koreintillery.com
gzelcs@koreintillery.com
rcortazar@koreintillery.com

Steven M. Berezney
**KOREIN TILLERY, LLC**
505 N. 7th Street, Suite 3600
St. Louis, MO 63101
(314) 241-4844
sberezney@koreintillery.com

Respectfully Submitted,

Vincent Briganti
Margaret MacLean
Noelle Forde
**LOWEY DANNENBERG, P.C.**
44 South Broadway, Suite 1100
White Plains, NY 10601
(914) 997-0500
vbriganti@lowey.com
mmaclean@lowey.com
nforde@lowey.com

*Attorneys for Objector-Appellant James Mullis*

/s/ *David Z. Gringer*
David Z. Gringer
Emily Barnet
**WILMER CUTLER PICKERING HALE AND DORR LLP**
7 World Trade Center 250 Greenwich Street New York, NY 10007
(212) 230-8800
david.gringer@wilmerhale.com
emily.barnet@wilmerhale.com

Seth P. Waxman
Claire M. Bergeron
**WILMER CUTLER PICKERING HALE AND DORR LLP**
2100 Pennsylvania Avenue NW
Washington, DC 20037
(202) 663-6000
seth.waxman@wilmerhale.com
claire.bergeron@wilmerhale.com

John R. Brumberg
William Pietragallo II
**PIETRAGALLO GORDON ALFANO BOSICK & RASPANTI, LLP**
One Oxford Center, 38th Floor
Pittsburgh, PA 15219
(412) 263-1836
JRB@Pietragallo.com
WP@Pietragallo.com

*Attorneys for Defendant-Appellee Hanna Holdings, Inc.*

*/s/ Michael S. Ketchmark*
Michael S. Ketchmark
Scott A. McCreight
**KETCHMARK & MCCREIGHT, P.C.**
11161 Overbrook Road, Suite 210
Leawood, KS 66211
(816)-842-1515
mike@ketchmclaw.com
smccreight@ketchmclaw.com

Alexander Aiken
Matthew Robert Berry
Floyd Short
**SUSMAN GODFREY L.L.P.**
401 Union Street, Suite 3000
Seattle, WA 98101-3000
(206) 516-3880
aaiken@susmangodfrey.com
mberry@susmangodfrey.com
fshort@susmangodfrey.com

Robert Abraham Braun
Benjamin D. Brown
Sabrina Merold
**COHEN MILSTEIN SELLERS & TOLL PLLC**
1100 New York Avenue, N.W.
West Tower, Suite 800
Washington, DC 20005-3934
(202) 408-4600
rbraun@cohenmilstein.com
bbrown@cohenmilstein.com
smerold@cohenmilstein.com

Daniel Hershey Silverman
**COHEN MILSTEIN SELLERS & TOLL PLLC**
769 Centre Street
Boston, MA 02130
(617)-858-1990
dsilverman@cohenmilstein.com

Beatrice C. Franklin
**SUSMAN GODFREY L.L.P.**
One Manhattan West, Floor 50
New York, NY 10001
(212) 336-8330
bfranklin@susmangodfrey.com

Marc M. Seltzer
**SUSMAN GODFREY L.L.P.**
1900 Avenue of the Stars, Suite 1400
Los Angeles, CA 90067
(310)-789-3100
mseltzer@susmangodfrey.com

Steve Berman
**HAGENS BERMAN SOBOL SHAPIRO LLP**
1301 Second Avenue, Suite 2000
Seattle, WA 98101
(206) 623-7292
steve@hbsslaw.com

Nathan Emmons
Jeannie Evans
**HAGENS BERMAN SOBOL SHAPIRO LLP**
455 N. Cityfront Plaza Drive
Suite 2410
Chicago, IL 60611
(708)-628-4949
nathane@hbsslaw.com
jeannie@hbsslaw.com

Rio Pierce
**HAGENS BERMAN SOBOL SHAPIRO LLP**
715 Hearst Avenue, Suite 300
Berkeley, CA 94710
(510)-725-3000
riop@hbsslaw.com

Brandon J.B. Boulware
Jeremy Suhr
**BOULWARE LAW LLC**
1600 Genessee Street, Suite 760
Kansas City, MO 64102
(816) 492-2826
brandon@boulware-law.com
jeremy@boulware-law.com

Eric L. Dirks
Michael Anthony Williams
**WILLIAMS DIRKS DAMERON LLC**
1100 Main Street, Suite 2600
Kansas City, MO 64105
(816) 945-7110
dirks@williamsdirks.com
mwilliams@williamsdirks.com

*Attorneys for Plaintiffs-Appellees*

**CERTIFICATE OF SERVICE**

I hereby certify that on November 4, 2026, the foregoing was filed electronically with the Clerk of Court to be served by the Court's electronic filing system to all Counsel of Record.

/s/ *Randall Ewing*
Randall Ewing